UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILLIE DRAKE,

    Plaintiff,

v.

LANTZ BANFORD BROWN and
JOAO COSTA,

    Defendants.

Case No. 24-cv-12791
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND SUMMONS (ECF No. 2)

On October 28, 2024, Plaintiff Lillie Drake filed a motion in which she seeks additional time to serve the Summons and Complaint on Defendant Joao Costa. (*See* Mot., ECF No. 2.)  The Court has reviewed the motion, and according to the evidence provided from Drake's process server, it appears that Drake has made a good faith effort to serve Costa during the initial period of the Summons. (*See* Aff., ECF No. 2-1, PageID.27-33.)

Accordingly, for the reasons set forth in Drake's motion, the motion is **GRANTED** and the Summons for Costa shall be extended until **December 16, 2024**.  By no later than **December 16, 2024**, Drake shall serve the following documents on Costa:

    (1) the Summons;

    (2) the Complaint; and

1

(3) a copy of this order.

Finally, Drake shall file a Certificate of Service with this Court when service of these documents has been completed.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126